■ In the Matter of DAVID J. MARINI, an Attorney, Resignor. [992 NYS2d 669]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Aug. 15, 2014.)

■ In the Matter of KARYN A. BOOTH, an Attorney, Resignor. [992 NYS2d 669]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Aug. 15, 2014.)

■ In the Matter of ROBERT H. SHAW, an Attorney, Resignor. [992 NYS2d 669]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Aug. 15, 2014.)

■ In the Matter of RONALD A. FORTUNA, an Attorney, Resignor. [992 NYS2d 670]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Aug. 15, 2014.)

■ In the Matter of DANA M. SCHMIDT, an Attorney, Resignor. [992 NYS2d 670]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Aug. 15, 2014.)

■ In the Matter of JOSEPH ANDRÉ PLUMMER, an Attorney, Resignor. [992 NYS2d 670]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Sept. 12, 2014.)

■ In the Matter of ROBERT M. CARTER, an Attorney, Resignor. [992 NYS2d 670]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Sept. 12, 2014.)

■ In the Matter of DONNA M. LATTANZIO, an Attorney, Resignor. [992 NYS2d 670]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Sept. 12, 2014.)

■ In the Matter of CARL S. CONROY, an Attorney, Resignor. [992 NYS2d 671]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Sept. 19, 2014.)